### CARROLL *v.* ATLANTIC STEEL COMPANY.

HILL, J. This case is controlled by the principle ruled in the preceding case of *Carroll* v. *Atlantic Steel Company.*

*Judgment reversed. All the Justices concur.*